UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUAN REYES,
       Petitioner,

    v.                                PRISONER
                                   Case No. 3:07v162 (JBA)

WARDEN,
       Respondent.

ORDER OF NOTICE TO PRO SE LITIGANT

On June 22, 2007, the respondent filed a motion to dismiss. Rule 7(a), D. Conn. L. Civ. R., requires petitioner to file his response to the motion within twenty-one days from the date the motion was filed. The petitioner has failed to file a response to respondent's motion.

The court hereby gives express notice to the pro se petitioner that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," Rule 7(a), D. Conn. Loc. Civ. P., and that if petitioner fails to file his opposition to the motion to dismiss or fails to obtain an extension of time for filing his opposition on or before **August 24, 2007**, the respondent's motion will be granted at that time.

SO ORDERED at New Haven, Connecticut, this 3rd of August, 2007.

                                             _/s/_____

                                             Joan G. Margolis
                                             United States Magistrate Judge